# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. KATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.O. ROBERT PACKER, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:13-CV-1525<br><br>(CAPUTO, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 25th day of November, 2013, upon the Defendants' motion to revoke *in forma pauperis* status (Doc. 18), it is hereby **ORDERED** that:

1. The Defendants' motion to revoke *in forma pauperis* status (Doc. 18) is **GRANTED**; and

2. The Plaintiff is **ORDERED** to pay the applicable filing fee in full within thirty (30) days of the date of this Order or dismissal of this action will be recommended.

　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　**United States Magistrate Judge**