IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID E. KATES,

    Plaintiff,

v.

C.O. ROBERT PACKER, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-13-1525

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this 24th day of March, 2014, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 61) is **ADOPTED in its entirety**.

(2) Plaintiff David E. Kates' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 5) is **DENIED**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge