**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**DAVID E. KATES,**

    Plaintiff,

    v.

**C.O. ROBERT PACKER,** *et. al*

    Defendants.

CIVIL ACTION NO. 3:13-CV-1525
(JUDGE CAPUTO)
(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this 29th day of March 2016, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Saporito's Report and Recommendation (Doc. 179) is **ADOPTED in part** and **REJECTED in part**;

(2) Plaintiff's claims for violations of various federal criminal statutes, violation of various Bureau of Prisons Program Statements and federal regulations and claims requesting declaratory or injunctive relief are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(A)(b);

(3) Defendants' Motion to Dismiss (Doc. 150) is **GRANTED in part** and **DENIED in part:**

    (a) Defendants' Motion to Dismiss Plaintiff's Eighth Amendment denial of medical care, conspiracy and Fifth Amendment Due Process claims is **GRANTED** and the claims are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted**;**

    (b) Defendants' Motion to Dismiss Plaintiff's Fifth Amendment Due Process claim is **GRANTED** and the claim is **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted**;**

    (c) Defendants' Motion to Dismiss Plaintiff's Eighth Amendment use of excessive force claim with regard to Defendants: C.O. Packer,

        Gwynn Wise, Jeffrey Stroud, and Jason Wagner is **DENIED**. This claim will be remanded to Magistrate Judge Saporito for further proceedings;

    (d)    Defendants' Motion to Dismiss Plaintiff's Eighth Amendment failure to intervene claims with regard to Defendants: C.O. Packer, Lt. Steve Booth, Lt. Chad Brandt, Gwynn Wise, Jeffrey Stroud, Jason Wagner, and D. Eroh, Jr., is **DENIED**. This claim will be remanded to Magistrate Judge Saporito for further proceedings;

(4)    The Clerk of Courts is directed to terminate the following Defendants from this action: Lt. Justin Foura; D.H.O. Angelo Jordan; C.O. Brandon Mattern; Brandon Shirk; Charles Anderson; Dennis Campbell; Jerald Loyek; Scott Buebendorf; Suzanne Figlo; A. Hicks; Kevin Pigos; Warden J.E. Thomas; and Michael Thwaits.

(5)    The parties are permitted to file further dispositive motions.

(6)    The matter is remanded to Magistrate Judge Saporito for further proceedings.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge