**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DAVID E. KATES,

   Plaintiff,

       v.

C.O. ROBERT PACKER, *et al*.,

   Defendants.

NO. 3:13-CV-01525

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## **ORDER**

**NOW**, this 6th day of February, 2018, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 250) is **ADOPTED in part and REJECTED in part**.

(2) Defendants' Motion for Summary Judgment (Doc. 226) is **GRANTED in part and DENIED in part** as follows:

   (A) Defendants' motion for summary judgment in favor of Defendant Eroh on Plaintiff's failure to intervene during the "landing" incident claim is **GRANTED**.

   (B) Defendants' motion for summary judgment is **DENIED** in all other respects.

(3) The matter is placed on this Court's **June 2018** trial list. A pretrial scheduling order will follow in due course.

                                                /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge