# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. Kates<br><br>Plaintiff,<br><br>v.<br><br>Robert Packer, *et al.*,<br><br>Defendants. | No. 3:13-CV-01525<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 20th day of February, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Vacate Taxation of Costs (Doc. 316) filed by Plaintiff David E. Kates is **GRANTED IN PART** and **DENIED IN PART**.

(2) The Clerk's Taxation of Costs (Doc. 314) and the Judgment entered against Plaintiff (Doc. 315) in the amount of $1,969.71 are **VACATED**.

(3) Costs in the total amount of $500.00 are taxed against Plaintiff and awarded to Defendants.

(4) Judgment is hereby entered in favor of Defendants in the amount of $500.00.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge